Luisa Obertelli, as Administratrix, etc., of Marco Obertelli, v. The City of New York, Impleaded, etc. Dina Tiramani, as Administratrix, etc., of Joseph Tiramani, Deceased, v. The City of New York, Impleaded, etc. Guido Bernoni, as Administrator, etc., of Francisco Bernoni, Deceased, v. The City

OF NEW YORK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.